ment, on the ground that the evidence touching the subject of the amount of property owned by the respondent and his earning capacity did not authorize it.

*Judgment affirmed. All the Justices concur.*

---

CLEMENTS *et al. v.* BENNETT, superintendent of banks.

This case came before this court upon a writ of error from the superior court of Fulton county; and after argument had, the same being for decision by a full bench of six Justices. and Russell, C. J., and Hill and Gilbert, JJ., being of the opinion that the judgment of the lower court should be reversed, and Beck, P. J., and Atkinson and Hines, JJ., being of the opinion that the judgment should be affirmed, the judgment of the court below stands affirmed by operation of law.
No. 3623. OCTOBER 13, 1923.

Equitable petition. Before Judge Bell. Fulton superior court. January 27, 1923.

*W. F. George, J. M. Lee, W. M. Rogers,* and *Quincey & Rice,* for plaintiffs.

*George M. Napier, Seward M. Smith,* and *John P. Knight,* for defendant.

---

BANKS *v.* BANKS, executor.

BECK, P. J. The motion for new trial in this case contained the usual general grounds, and there were no exceptions to any rulings of the court pending the trial. There was evidence sufficient to support the verdict; and it having been approved by the trial judge, this court will not disturb that judgment.
*Judgment affirmed. All the Justices concur.*
No. 3703. OCTOBER 13, 1923.

Equitable petition. Before Judge Roop. Coweta superior court. March 16, 1923.

*W. L. Stallings,* for plaintiff in error.

*Hall & Jones,* contra.